UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NJ DOMAINS LLC,                          :

                         Plaintiff,       :          06 Civ. 6465 (WHP)

                -against-           :          ORDER

VILLE DE PARIS,                          :

                        Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

           For the reasons set forth on the record on August 3, 2007, Defendant's motion to

dismiss for lack of subject matter jurisdiction is granted.  Plaintiff's motion for summary

judgment is denied as moot.  The Clerk of the Court is directed to mark this case closed.

Dated:      August 3, 2007
            New York, New York

                         SO ORDERED:

                         _____
                         WILLIAM H. PAULEY III
                             U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

*Counsel of Record*:

Michael Alan Freeman, Esq.
McCallion & Associates
24 West 40 Street
17th Floor
New York, NY 10018
*Counsel for Plaintiff*

Kevin MacCarthy, Esq.
Kevin MacCarthy Associates, PC
150 East 55th Street
New York, NY 10022

John J. Burke Jr., Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
*Counsel for Defendant*